Robert E. Gooding, Jr. (SBN 50617)
Scott B. Garner (SBN 156728)
Ryan E. Lindsey (SBN 235073)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California  92614
Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910
Email: goodingr@howrey.com
Email: garners@howrey.com
Email: lindseyr@howrey.com

Kenneth S. Klein (SBN 129172)
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, California 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510
Email: kklein@foley.com

Attorneys for Defendant Foley & Lardner LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAXIION THERAPEUTICS, INC., | ) Case No. 07CV00280 IEG (RBB) |
| Plaintiff, | ) **JOINT MOTION TO PROTECT** |
| | ) **CONFIDENTIALITY OF DISCUSSIONS** |
| vs. | ) **AND ORDER** |
| | ) |
| FOLEY & LARDNER LLP | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

1    Plaintiff Vaxiion Therapeutics, Inc. ("Vaxiion"), Defendant Foley & Lardner LLP ("Foley"),

2    and Third Party EnGeneIC PTY Ltd. ("EnGeneIC") (collectively, the "Parties"), through their

3    respective counsel, hereby stipulate and jointly move the Court as follows:

4    WHEREAS, Vaxiion filed a complaint against Foley on December 28, 2006 in the San Diego

5    County Superior Court alleging, among other things, claims for legal malpractice in connection with

6    the prosecution of foreign patent applications pertaining to minicell technology (the "Action");

7    WHEREAS, Foley removed the Action to the United States District Court for the Southern

8    District of California on February 9, 2007;

9    WHEREAS, Vaxiion alleges that, as a result of Foley's negligence, it has lost certain foreign

10   patent rights in minicell technology;

11   WHEREAS, EnGeneIC has certain patent rights that may be of interest to Vaxiion;

12   WHEREAS, in the course of the Early Neutral Evaluation Conference overseen by Magistrate

13   Judge Ruben B. Brooks, Vaxiion and Foley have discussed having a meeting with EnGeneIC to

14   consider a possible business arrangement between Vaxiion and EnGeneIC that could lead to a

15   resolution of the dispute between Vaxiion and Foley and a settlement of Vaxiion's claims against

16   Foley;

17   WHEREAS, notwithstanding that EnGeneIC and Vaxiion may be direct competitors in certain

18   fields relating to minicells, EnGeneIC, through its counsel, has agreed to engage in such discussions

19   with Vaxiion and Foley, and Vaxiion and Foley, through their respective counsel, have agreed to

20   engage in such discussions with EnGeneIC and each other, but only on the condition that such

21   discussions be treated as confidential on the one hand by Vaxiion and Foley (and also as between

22   Vaxiion and Foley) as set forth in this Joint Motion and, on the other hand, by EnGeneIC as set forth in

23   a separate Confidentiality and Non-Disclosure Agreement, and that nothing said or produced in such

24   discussions be used in any subsequent proceeding on the one hand by Vaxiion and Foley (and also by

25   between Vaxiion and Foley) as set forth in this Joint Motion and, on the other hand, by EnGeneIC as

26   set forth in such separate Confidentiality and Non-Disclosure Agreement; and

27

REY LLP

28

-2-                         Joint Motion To Protect Confidentiality
                                                        of Discussions

1        WHEREAS, Vaxiion and Foley agree that any concepts or information disclosed to them by

2    EnGeneIC before or after the date of this Joint Motion about the minicell technology or about

3    EnGeneIC's plans to use the minicell technology are confidential and proprietary, and that the

4    disclosure of such confidential and proprietary information would be damaging to EnGeneIC if it

5    became public or made available to a further competitor; and that the use of such confidential and

6    proprietary information of EnGeneIC by Vaxiion and/or Foley would be damaging to EnGeneIC.

7        NOW, THEREFORE, in consideration of the Parties' willingness to meet, the Parties stipulate

8    and agree, and move the court, as follows:

9        1.    For purposes of this Agreement, "EnGeneIC Proprietary information" includes, but is

10   not limited to, ideas, concepts, development plans for existing, new or improved products or processes,

11   data, formulae, techniques, designs, sketches, know-how, plans, drawings, specifications, samples,

12   reports, findings, studies, unpublished U.S. or international patent applications (and their drafts), or

13   inventions relating to minicell technology, and includes all information relating to minicells disclosed

14   by EnGeneIC to Vaxiion in any form whether or not identified as proprietary by EnGeneIC.

15       2.    Vaxiion and Foley agree to treat as confidential EnGeneIC Proprietary information

16   exchanged during any meetings contemplated by this Agreement.  Vaxiion and Foley further agree

17   that, unless ordered to do so by a court of competent jurisdiction, Vaxiion or Foley may not disclose or

18   use EnGeneIC Proprietary information without the express written consent of EnGeneIC.

19       3.    Vaxiion and Foley agree that this Agreement, any action taken pursuant to this

20   Agreement, any information exchanged or statements made at or in connection with any discussions

21   contemplated by this Agreement, and/or any EnGeneIC Proprietary information disclosed during any

22   meetings contemplated by this Agreement, shall not be offered or received in evidence in any legal

23   action or proceeding as an admission of liability, wrongdoing, or for any other purpose by either

24   Vaxiion or Foley.  Moreover, Vaxiion and Foley agree that EnGeneIC Proprietary information

25   exchanged pursuant to or during the meetings shall not be offered or received into evidence before any

26   administrative or judicial body as evidence of the patentability, enforceability, priority, or validity of

27

28

REY LLP

-3-                     Joint Motion To Protect Confidentiality
                                                of Discussions

1  any of EnGeneIC's current or future patent applications or patents pertaining to minicell technology,

2  including without limitation, in proceedings such as district court litigations, or patent office

3  proceedings such as interferences, reexaminations, protests, cancellations or oppositions.

4       4.      Vaxiion and Foley agree that this Agreement, any action taken pursuant to this

5  Agreement, and/or any information exchanged or statements made at or in connection with any

6  discussions contemplated by this Agreement shall not be offered or received in evidence in any legal

7  action or proceeding as an admission of liability, wrongdoing, or for any other purpose by either

8  Vaxiion or Foley.

9       5.      Nothing hereinabove contained shall deprive Foley and Vaxiion of the right to use or

10  disclose any information:

11           a)      which is, at the time of the disclosure, known to the trade or the public, as

12       evidenced by written or other tangible evidence;

13           b)      which becomes at a later date known to the trade or the public, as evidenced by

14       written or other tangible evidence, through no fault of Foley or Vaxiion, and then only after

15       said later date;

16           c)      which is possessed by Foley or Vaxiion, as evidenced by Foley or Vaxiion's

17       written or other tangible evidence, before receipt thereof from the meetings; PROVIDED

18       however that nothing in this subsection c) shall affect any information possessed by Foley

19       prior to or acquired after the present Joint Motion due to Foley's prior or concurrent

20       representation of EnGeneIC, which information shall continue to be kept confidential and

21       subject to the attorney client privilege as otherwise required by any and all code(s) of

22       professional responsibility by which Foley is bound;

23           d)      which is received by Foley or Vaxiion pursuant to any valid method of

24       discovery in a legal proceeding, except where such information is covered by a protective

25       order, in which case use of such information is limited by the terms of such protective order;

26

27

28

-4-                                Joint Motion To Protect Confidentiality
                                         of Discussions

REY LLP

1           e)   which is disclosed to Foley or Vaxiion in good faith by a third party who is

2   lawfully in possession of such information and is under no duty to maintain the confidentiality

3   of such information; or

4           f)   which was developed by Foley or Vaxiion independently of information

5   received under this Agreement, as evidenced by written or other tangible evidence, without

6   violating any obligations contained in this Agreement.

7       6.   EnGeneIC does not by this Agreement agree to submit to the jurisdiction of the United

8   States District Court for the Southern District of California for the purpose of enforcing the terms of

9   the proposed Order Protecting Confidentiality of Discussions.

10   IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by a duly

11   authorized representative.

12

13   **Vaxiion Therapeutics, Inc.**

14   By: _____
     Name: _____
     Title: _____

15        Date: _____

16   **EnGeneIC Pty. Ltd.**

17   By: _____
     Name: _____

18        Title: _____
     Date: _____

19

20   **Foley & Lardner LLP**

21   By: _____
     Name: _____

22        Title: _____
     Date: _____

23

24

25

26

27

28

Joint Motion To Protect Confidentiality
of Discussions

1    IT IS NOW HEREBY STIPULATED AND AGREED, by the Parties' request, through their

2  counsel, as follows:

3    1.    For good cause shown, the Court grant the Parties' Joint Motion, and enter an order

4  setting forth the terms stipulated to above to protect the confidentiality of discussions.

5  February __, 2008                                    Respectfully Submitted,

6

7                                                            s/Scott B. Garner
                                                          Scott B. Garner
8
                                                          Howrey LLP
9                                                         Attorneys for Defendant Foley & Lardner LLP

10                                                            s/Karen R. Frostrom
                                                          Karen R. Frostrom
11
                                                          Thorsnes Bartolotta McGuire
12                                                        Attorneys for Plaintiff Vaxiion Therapeutics, Inc.

13
                                                              s/Jorge Goldstein
14                                                        Jorge Goldstein

15                                                        Sterne Kessler, Golstein & Fox P.L.L.C.
                                                          Attorneys for Third Party EnGeneIC PTY PLC
16

17

18                                  **<u>ORDER</u>**

19
       The foregoing is approved and shall be the Order of the Court.
20

21  DATED:  May 16, 2008

22                                                        United States Magistrate Judge

23

24

25

26

27

28                                        -6-                    Joint Motion To Protect Confidentiality
                                                                        of Discussions

DM_US:20991771_6