UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAXIION THERAPEUTICS, INC., </br></br> Plaintiff, </br></br> vs. </br></br> FOLEY & LARDNER LLP and DOES 1 through 20, inclusive, </br></br> Defendants. | Case No. 07CV00280 IEG (RBB) </br></br> **ORDER GRANTING MOTION TO SEAL** </br></br> Judge: Hon. Irma E. Gonzalez |

Defendant Foley & Lardner LLP ("Foley") filed through its counsel of record a Motion To Seal Exhibit B to the Declaration of Robert E. Gooding Jr. in Support of Foley's Motion to Strike Supplemental Expert Reports of Louis P. Berneman and Michael J. Laskinski and Exhibits A, C, D, G and H to the Declaration of Scott B. Garner in Support of Foley's Motion to Strike Supplemental Expert Reports of Louis P Berneman and Michael J. Lasinski.

The matter having been considered, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Exhibit B to the Declaration of Robert E. Gooding Jr. in Support of Foley's Motion to Strike Supplemental Expert Reports of Louis P. Berneman and Michael J. Laskinski and Exhibits A, C, D, G and H to the Declaration of Scott B. Garner in Support of Foley's Motion to Strike Supplemental

1  Expert Reports of Louis P Berneman and Michael J. Lasinski are hereby sealed. The clerk of the Court
2  shall not file these documents in the public record in this case.

3

4  **IT IS SO ORDERED.**

5

6  Dated: December 1, 2008

                                        */s/ Irma E. Gonzalez*

7                                      **IRMA E. GONZALEZ, Chief Judge**
                                    **United States District Court**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28