1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        SOUTHERN DISTRICT OF CALIFORNIA
10
11  VAXIION THERAPEUTICS, INC.,          )  Case No. 07CV00280 IEG (RBB)
                                         )
12           Plaintiff,                  )  Complaint filed: December 28, 2006
                                         )
13      vs.                              )  **JOINT MOTION FOR DISMISSAL**
                                         )
14  FOLEY & LARDNER LLP,                 )
                                         )
15           Defendants.                 )
                                         )
16  _____)

17
18
19
20
21
22
23
24
25
26
27
28

1     WHEREAS on May 21, 2009, Plaintiff Vaxiion Therapeutics, Inc. ("Vaxiion") and Defendant Foley & Lardner LLP ("Foley") reached a confidential agreement in which, among other things, Vaxiion agreed to dismiss with prejudice all of its currently pending claims against Foley;

    WHEREAS on June 11, 2009, Foley and Vaxiion executed a final binding Confidential Settlement and Release Agreement; and

    WHEREAS as part of the Confidential Settlement and Release Agreement Vaxiion agreed to dismiss all of its claims in this suit against Foley with prejudice.

    Accordingly, Vaxiion and Foley request the Court enter an order dismissing all claims in this lawsuit with prejudice.

IT IS SO STIPULATED.

Dated: June 16, 2009                                    THORSNES BARTOLOTTA McGUIRE

                                                             s/ Vincent Bartolotta Jr.
                                                             Vincent Bartolotta, Jr.
                                                             Karen R. Frostrom
                                                             Counsel for Plaintiff Vaxiion Therapeutics, Inc.

Dated: June 16, 2009                                    HOWREY LLP

                                                             s/ Scott B. Garner
                                                             Robert E. Gooding, Jr.
                                                             Scott B. Garner
                                                             Ryan E. Lindsey
                                                            Counsel for Defendant Foley & Lardner LLP

## PROOF OF SERVICE

STATE OF CALIFORNIA )
                                      ) ss.:
COUNTY OF ORANGE )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Park Plaza, Suite 1700, Irvine, California 92614.

      On June 16, 2009, I served on the interested parties in said action the within:

**JOINT MOTION FOR DISMISSAL**

      Vincent J. Bartolotta, Jr.
      Karen R. Frostrom
      THORSNES BARTOLOTTA MCGUIRE
      2550 Fifth Ave., 11th Floor
      San Diego, CA 92103
      Email: frostrom@tbmlawyers.com

[X] (CM/ECF SERVICE) Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on June 16, 2009, at Irvine, California.

                                                                            */s/ Shawn Beem*

      Shawn Beem                                                
    (Type or print name)                               (Signature)