UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAXIION THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>FOLEY & LARDNER LLP and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 07CV00280 IEG (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Judge: Hon. Irma E. Gonzalez |

**ORDER**

On June 16, 2009, Defendant Foley & Lardner LLP ("Foley") and Plaintiff Vaxiion Therapeutics, Inc. ("Vaxiion") filed through their counsel of record a Joint Motion to Dismiss all claims in this case with prejudice.

The matter, having been considered, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that:

All of Vaxiion's claims in this case are dismissed with prejudice;

All dates currently on calendar are hereby vacated; and

The parties shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: June 17, 2009

Hon. Irma E. Gonzalez
Judge, United States District Court